**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v                                Case No.  5:07CR20458
                                Hon. JOHN CORBETT O'MEARA

D-1   ALI ATIA MOHAMMED,
D-2   RADIEH AL-SAFI,

        Defendants.

_____/

## CERTIFICATE OF SERVICE

        IT IS HEREBY CERTIFIED that on September 24, 2007, a copy of the Notice of Change

of Assistant US Attorney was served upon the following persons by placing the same in the

United States mail, addressed to:

        Rita Chastang, Esq.
        Federal Defender's Office
        Penobscot Building
        645 Griswold Street, Suite 2255
        Detroit, MI 48226-4110

                                STEPHEN J. MURPHY
                                United States Attorney

                                s/Julia C. Pidgeon_____
                                JULIA C. PIDGEON
                                Assistant U.S. Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, Michigan 48226
                                Phone: (313) 226-9772
                                E-mail: Julia.Pidgeon@usdoj.gov
Dated: September 24, 2007             Penna. Bar No. 37949